IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN SMALL BUSINESS LEAGUE,

    Plaintiff,

v.

MARTHA N. JOHNSON, in her capacity as Administrator of the General Services Administration, and THE GENERAL SERVICES ADMINISTRATION,

    Defendants.

No. C 10-00986 WHA

**ORDER DENYING REQUEST FOR A TEMPORARY RESTRAINING ORDER**

Before the Court would grant the sweeping injunctive relief that is sought in plaintiff's application for a temporary restraining order, the Court would certainly want to give both sides an opportunity to be heard. Therefore, the request for a temporary restraining order is **DENIED WITHOUT PREJUDICE** to plaintiff filing a properly noticed motion for a preliminary injunction. This would give defendants a fair opportunity to be heard. The motion for a preliminary injunction, if filed, will be heard on a normal 35-day track. Meanwhile, plaintiff must properly serve (and file proof of service of) the complaint, application for a temporary restraining order, and a copy of this order on defendants by **FRIDAY, MARCH 12, 2010**.

**IT IS SO ORDERED.**

Dated: March 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE