ROBERT E. BELSHAW (SBN 142028)
OF COUNSEL
GUTIERREZ & ASSOCIATES
244 California St. Ste.300
San Francisco, California 94111
Telephone: (415) 956-9590
Facsimile: (415) 986-8606

Attorneys for Plaintiff
American Small Business League

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE | CASE NO.C 10-00986 WHA |
| Plaintiff, | [Proposed] Order Continuing Hearing Date for Plaintiff's Motion for Preliminary Injunction |
| v. | |
| Martha N. Johnson, in Her Capacity as Administrator of the General Services Administration, and The General Services Administration | Department: Court Room 9 Hon. William Alsup |
| Defendants. | |

The hearing on American Small Business League's Motion for Preliminary Injunction, previously set for May 13, 2010 for 2:00 p.m. is continued to May 27, 2010 at 8:00 a.m.

May 12, 2010.

_____
Hon. _____
United States _____ Judge

IT IS SO ORDERED
Judge William Alsup

- 1 -

**ORDER CONTINUING HEARING ON PRELIMINARY INJUNCTION**
**C-10-986 WHA**