IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTHA N. JOHNSON, in her capacity as Administrator of the General Services Administration, and THE GENERAL SERVICES ADMINISTRATION,<br><br>    Defendants.<br>                                         / | No. C 10-00986 WHA<br><br>**ORDER DENYING ADMINISTRATIVE REQUEST TO BE EXCUSED FROM THE ADR PROGRAM** |

The request is **DENIED**. The parties should meet with the ADR coordinator in the usual manner, select a form of ADR and proceed accordingly. This is without prejudice to litigating the case on the merits, specifically with respect to any motion to terminate the case under Rule 12 or 56 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: June 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE