IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>         Plaintiff,<br><br>  v.<br><br>MARTHA N. JOHNSON, in her capacity as Administrator of the General Services Administration, and THE GENERAL SERVICES ADMINISTRATION,<br><br>         Defendants.<br>                                                                   / | No. C 10-00986 WHA<br><br>**ORDER TO SHOW CAUSE** |

Defendants' motion to dismiss plaintiff's second amended complaint in this matter was noticed for hearing on August 12, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to plaintiff's motion was due on July 22, 2010, but no such opposition has been received. Defendant is ordered to respond by **AUGUST 3, 2010**, at noon, and show cause for its failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on August 12, 2010, is **VACATED**. A new hearing shall be noticed by the Court if necessary.

**IT IS SO ORDERED.**

Dated: July 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE